**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | John B. Lemons<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4036<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Sandra Bland Lemons<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9179<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Virginia | Date case filed for chapter:  7   5/11/21 |
| Case number: | 21–70372 | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John B. Lemons | Sandra Bland Lemons |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 25 Ventura Court<br>Roanoke, VA 24019 | 25 Ventura Court<br>Roanoke, VA 24019 |
| 4. | **Debtor's attorney**<br>Name and address | Tonya Janney<br>Tonya L. Janney, Attorney at Law<br>355 S. Main Street<br>Rocky Mount, VA 24151 | Contact phone 540–334–5113<br><br>Email: 3janneygirls@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Scot S. Farthing (424194)<br>P. O. Box 1315<br>490 West Monroe Street<br>Wytheville, VA 24382 | Contact phone (276) 625–0222<br><br>Email: Trustee@sfarthinglaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **John B. Lemons** and **Sandra Bland Lemons**                                           Case number **21–70372**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Roanoke Division<br>210 Church Ave, Room 200<br>Roanoke, VA 24011 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone 540–857–2391<br><br>Date: 5/11/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 11, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Attend by Telephone Conference. See attached list for Trustee's call–in number and passcode.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/10/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                               page **2**

| Bridge Line | Trustee | Toll Free Number | Participant Passcode |
|---|---|---|---|
| 1 | UST Roanoke Office | (877) 451–9313 | 9499523# |
| 2 | Beskin | (866) 581–9210 | 1752722# |
| 3 | Callahan | (877) 934–5491 | 9319497# |
| 4 | Farthing | (877) 953–6090 | 8983497# |
| 5 | Goldstein | (877) 492–0156 | 7313672# |
| 6 | Higgs | (877) 960–3871 | 4647388# |
| 7 | Hutman | (866) 527–4091 | 8515643# |
| 8 | Micale | (877) 952–9770 | 6550341# |
| 9 | Scott | (877) 491–5685 | 9012607# |
| 10 | Stevens | (877) 953–5197 | 7811951# |
| 11 | Vogel | (877) 953–5927 | 9995849# |

United States Bankruptcy Court

Western District of Virginia

In re:     Case No. 21-70372-pmb
John B. Lemons     Chapter 7
Sandra Bland Lemons
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0423-7     User: admin     Page 1 of 2
Date Rcvd: May 11, 2021     Form ID: 309A     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John B. Lemons, Sandra Bland Lemons, 25 Ventura Court, Roanoke, VA 24019-1536 |
| 5000900 | + | ARSI, 555 St. Charles Drive, Ste. 100, Thousand Oaks, CA 91360-3983 |
| 5000902 | | BB&T Bankcard Services Division, PO Box 200, Wilson, NC 27894-0200 |
| 5000905 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 5000903 | + | Finwise/Opps Loans, 820 E. 9400 South, Sandy, UT 84094-3653 |
| 5000906 | + | Freedom First Credit Union, PO Box 1999, Salem, VA 24153-1159 |
| 5000907 | | Goldman, Sach & Bank USA, PO Box 450400, Salt Lake City, UT 84101-0400 |
| 5000911 | | New Rez, PO Box 619063, Dallas, TX 75261-9063 |
| 5000904 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, PO Box 3412, Omaha, NE 68103-0412 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: 3janneygirls@gmail.com | May 11 2021 21:36:00 | Tonya Janney, Tonya L. Janney, Attorney at Law, 355 S. Main Street, Rocky Mount, VA 24151 |
| tr | + | EDI: BSSFARTHING.COM | May 12 2021 00:53:00 | Scot S. Farthing (424194), P. O. Box 1315, 490 West Monroe Street, Wytheville, VA 24382-2236 |
| ust | + | Email/Text: ustpregion04.rn.ecf@usdoj.gov | May 11 2021 21:36:00 | USTrustee, Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011-1620 |
| 5000901 | | Email/Text: bankruptcy@bbandt.com | May 11 2021 21:36:00 | BB&T, PO Box 2322, Lumberton, NC 28359 |
| 5000909 | | EDI: CITICORP.COM | May 12 2021 00:53:00 | Macy's Department Stores, 7 West 7th Street, Cincinnati, OH 45202 |
| 5000913 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | May 11 2021 21:36:00 | State Farm, PO Box 2313, Bloomington, IL 61702 |
| 5000908 | + | EDI: LENDNGCLUB | May 12 2021 00:53:00 | Lending Club, 595 Market Street, Ste. 200, San Francisco, CA 94105-2807 |
| 5000910 | | Email/Text: recovery@memberonefcu.com | May 11 2021 21:36:00 | Member One Federal Credit Union, PO Box 12288, Roanoke, VA 24024-2288 |
| 5000914 | | EDI: RMSC.COM | May 12 2021 00:53:00 | SYNCB (Lowe's), Attn.: Bankruptcy Department, PO Box 965004, Orlando, FL 32896-5004 |
| 5000915 | | EDI: RMSC.COM | May 12 2021 00:53:00 | SYNCB (Sam's), Attn.: Bankruptcy Department, PO Box 965004, Orlando, FL 32896-5004 |
| 5000916 | | EDI: RMSC.COM | May 12 2021 00:53:00 | SYNCB (TSX Rewards), Attn.: Bankruptcy Department, PO Box 965004, Orlando, FL 32896-5004 |
| 5000912 | + | Email/Text: bankruptcy@schewel.com | May 11 2021 21:37:00 | Schewel Furniture Company, 7007 Timberlake |

| | | |
|---|---|---|
| District/off: 0423-7 | User: admin | Page 2 of 2 |
| Date Rcvd: May 11, 2021 | Form ID: 309A | Total Noticed: 21 |

Road, Lynchburg, VA 24502-2332

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2021    Signature:    /s/Joseph Speetjens